FILED
CLERK, U.S DISTRICT COURT
APR - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2006 APR 5 PM 12:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED, a Hong Kong corporation and LANARD TOYS, INC., a Missouri corporation<br><br>Plaintiffs<br><br>v.<br><br>NOVELY, INC., an Indiana corporation; NOVELTY WHOLESALE, INC., an Indiana corporation; NOVELTY TRANSPORTATION, INC., an Indiana corporation; NOVELTY LIQUIDATORS, an Indiana business entity; EXXON MOBIL CORPORATION, a New Jersey corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. CV 05-8406 CAS (JJx)<br><br>[PROPOSED] JUDGMENT<br><br>Judicial Officer:<br>Hon. Christina A. Snyder<br><br>Magistrate:<br>Hon. Jeffrey Johnson<br><br>Filed Concurrently With: (1) Defendants' Offers of Judgment, (2) Plaintiffs' Acceptance of Certain Offers of Judgment<br><br>Courtesy Copy to Courtroom 5 |

This Court, having been presented with Defendants' Offers of Judgment and Plaintiffs' Acceptance of the Offers of Judgment as to NOVELTY WHOLESALE, INC. and NOVELTY TRANSPORTATION, INC.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of the plaintiffs LANARD TOYS LIMITED and LANARD TOYS, INC. (collectively "Lanard") and against defendant NOVELTY WHOLESALE, INC. in the amount of One Dollar and Zero Cents ($1.00).

/ / /

- 1 -
[PROPOSED] JUDGMENT

DOCKETED ON CM   APR 10 2006   BY WB   74   009

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of the plaintiffs LANARD TOYS LIMITED and LANARD TOYS, INC. (collectively "Lanard") and against defendant NOVELTY TRANSPORTATION, INC. in the amount of One Dollar and Zero Cents ($1.00).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** as follows:

NOVELTY WHOLESALE, INC. and NOVELTY TRANSPORTATION, INC., together with their respective attorneys, officers, directors, agents, servants, employees, and representatives, and all other persons, firms or corporations in active concert or in participation with them, are permanently enjoined and restrained, effective immediately, from selling and offering to sell products: (1) in the packaging currently used to market the toys known as "Shoot Copter" and "Pull-N-Plane Launch Set," or (2) in a substantially similar variant thereof.

NOVELTY WHOLESALE, INC. and NOVELTY TRANSPORTATION, INC., together with their respective attorneys, officers, directors, agents, servants, employees, and representatives, and all other persons, firms or corporations in active concert or in participation with them, are further permanently enjoined and restrained, effective immediately, from selling and offering to sell the toys known as "Shoot Copter" and "Pull-N-Plane Launch Set" or any substantially similar variant thereof, including, but not limited to, any toy product or packaging that infringes an intellectual property right of Lanard.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: 4/5/06

*Christina A. Snyder*
Honorable Christina A. Snyder

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On **April 5, 2006**, I served the within documents:

**[PROPOSED] JUDGMENT**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Stephen L. Anderson, Esq.
ANDERSON & ASSOCIATES
32605 Highway 79 South, Suite 208
Temecula, California 92592
Tel: (951) 694-1877
Fax: (951) 694-1876
***Attorneys For Defendants***

Paul B. Overhauser, Esq.
OVERHAUSER LAW OFFICES, LLC
737 West Green Meadows Drive, Suite 300
Greenfield, IN 46240
Tel: (317) 891-1500
Fax: (866) 283-8549
***Co-Counsel for Defendants***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 5, 2006**, at Los Angeles, California.

_Kimberly M. Davison_