| Name, Address and Phone number of Attorney(s):<br>Craig J. Mariam (SBN: 225280)<br>Gordon & Rees LLP<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 696-6700,<br>Facsimile: (619) 696-7124 | FILED<br>CLERK, U.S. DISTRICT COURT<br>MAY 1 3 2008<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lanard Toys Limited<br><br>Plaintiff(s)<br>v.<br><br>Novelty, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>CV05-8406 GW (JWJx)<br><br>ORDER<br>TO APPEAR FOR EXAMINATION RE:<br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☒ Judgment Debtor   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby ORDERS the Application ☒ GRANTED   ☐ DENIED.

TO:   Novelty, Inc.
      *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

   ☒ furnish information to aid in enforcement of a money judgment against you. (See Attachment A)
   ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the

| Date of appearance: June 24, 2008    Time: 10:30 a.m. |
| Place of Appearance: ☒ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA<br>                    ☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA<br>                    ☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA<br>                    ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |
| Courtroom Number: C |

defendant that is subject to attachment.
This Order may be served by a Marshal, sheriff, registered process server, or the following, specially appointed person: _____
                      *(Name of appointed process server)*
Date: May 16, 2008

_____
U.S. District Judge/U.S. Magistrate Judge

ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION
(Attachment-Enforcement of Judgment)

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR:** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: *(Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED:** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents or other persons who are familiar with your property and debts.

# ATTACHMENT A

## ATTACHMENT "A"

### (APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION)

### DEFINITIONS

Words in **BOLDFACE CAPITALS** in these document requests are defined as follows:

1. **"NOVELTY"** refers to judgment-debtor Novelty, Inc. and its shareholders, representatives, agents, employees, attorneys, or anyone acting on its behalf.

2. **"DOCUMENTS"** includes the following:
   [H]andwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof.

### DOCUMENT REQUESTS

1. Any and all **DOCUMENTS** referring or relating to any checking account(s) held by **NOVELTY** at any financial institution during the past three (3) years, including, but not limited to, bank statements, check registers and canceled checks.

2. Any and all **DOCUMENTS** referring or relating any deposit account(s) held by **NOVELTY** at any financial institution during the past three (3) years, including, but not limited to, bank statements and passbooks.

3. Any and all **DOCUMENTS** relating to any credit union accounts for **NOVELTY** for the last three (3) years, including, but not limited to, bank statements and passbooks.

4. All corporate **DOCUMENTS** for **NOVELTY**, including, but not limited to, the following: articles of incorporation, by-laws, share certificates, share registers, share transfer registers, shareholder agreements, domestic stock filings, small stock exemption filing, corporate minutes and resolutions, and tax returns from January 1, 2005, to the present.

5. Any all **DOCUMENTS** evidencing the current ownership by **NOVELTY** of any securities (for example, stock certificates, certificates of deposit, bonds, or treasury bills, or account statements from investment or brokerage houses with whom the securities are held or traded).

1

6. Any and all **DOCUMENTS** constituting, referring or relating to **NOVELTY's** state and federal tax returns for tax years 2005, 2006 and 2007.

7. Any and all **DOCUMENTS** constituting, referring or relating to any and all financial statements for **NOVELTY** prepared within the last three (3) years, whether audited or unaudited.

8. Any and all **DOCUMENTS** constituting, referring or relating to any and all applications for credit for **NOVELTY** prepared within the last three (3) years.

9. Any and all **DOCUMENTS** referring or relating to any mortgages, trust deeds, and leases with reference to all real and/or personal property in which **NOVELTY** currently owns or owned a legal or equitable interest during the last five (5) years.

10. Any and all **DOCUMENTS** referring or relating to any deeds and title documents of all real and personal property in which **NOVELTY** owns an interest, or owned an interest, in the last three (3) years.

11. Any and all **DOCUMENTS** referring or relating to any safe deposit boxes into which **NOVELTY** has the right to enter presently, or had the right to enter, at any time during the last three (3) years.

12. Any and all **DOCUMENTS** constituting, referring or relating to appraisals of any and all personal or real property owned in whole or in part by **NOVELTY** and prepared during the past three (3) years.

13. Any and all profit and loss statements, balance sheets and financial statements prepared during the last three (3) years for any and all corporations in which **NOVELTY** owns, or has owned, an interest.

14. Profit and loss statements, balance sheets and financial statements prepared during the last three (3) years for any and all professional, business, or commercial ventures in which **NOVELTY** owns, or has owned, an interest during the last three (3) years.

15. Any and all **DOCUMENTS** referring or relating to any assignment of assets by

**NOVELTY** to any other person or entity within the past three (3) years.

16. Any and all **DOCUMENTS** referring or relating to any judgment(s) held by **NOVELTY** against any third-parties.

17. Any and all **DOCUMENTS** referring or relating to **NOVELTY's** account receivables, including, but not limited to, account ledgers indicating the current amount of account receivables owing, and the persons or entities from whom said sums are owed.

18. Any and all **DOCUMENTS** referring or relating to any and all franchise agreements between **NOVELTY** and any other person or entity, including, but not limited to, the franchise agreements in California or outside the State of California.

19. Any and all **DOCUMENTS** referring or relating to any monies owing to **NOVELTY** by any person or entity.

20. Any and all **DOCUMENTS** referring or relating to any and all sources of income for **NOVELTY**.

21. Any and all **DOCUMENTS** related to any filing to dissolve **NOVELTY** or to convert the corporation into a partnership or other entity of unknown origin, including publications of fictitious filings.

**[END OF DOCUMENT]**