**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED, a Hong Kong corporation, and LANARD TOYS, INC., a Missouri corporation, | Case No. CV 05-8406 GW (JWJx) |
| Plaintiffs, | **SECOND AMENDED JUDGMENT** |
| v. | Judicial Officer: Hon. George Wu |
| NOVELY, INC., an Indiana corporation; NOVELTY WHOLESALE, INC., an Indiana corporation; NOVELTY TRANSPORTATION, INC., an Indiana corporation; NOVELTY LIQUI-DATORS, an Indiana business entity; EXXON MOBIL CORPORATION, a New Jersey corporation, | |
| Defendants. | |

The above-entitled matter came on regularly for trial on May 25, 2007 in Courtroom 10 of the United States District Court, Central District of California, the Honorable George H. Wu presiding.  Plaintiff LANARD TOYS LIMITED ("Plaintiff") appeared by and through its attorneys, Richard P. Sybert and Craig J. Mariam of Gordon & Rees LLP; Defendants NOVELTY, INC., NOVELTY WHOLESALE, INC., NOVELTY TRANSPORTATION, INC., and EXXONMOBIL OIL CORPORATION (collectively "Defendants") appeared by and through their attorneys Paul B. Overhauser of the Overhauser Law Offices and

1   Gregg Rapoport of Lee & Rosenberger.

2       A jury of 8 persons was regularly impaneled and sworn.  Witnesses were

3   sworn and testified and evidence was introduced and admitted.  After hearing the

4   evidence and arguments of counsel, the jury was instructed by the Court and the

5   matters being tried submitted to them with directions to return a verdict on special

6   issues.

7       In addition, following the jury's return of a verdict and this Court's issuance

8   of a Judgment, the Defendants filed a Motion to Amend the Judgment, which was

9   granted in part as reflected in this Second Amended Judgment.  Plaintiff also made

10  a Motion for Attorneys' Fees and Non-Taxable Costs, which was granted in part.

11      Following the jury's verdict and this Court's rulings on Defendants' Motion

12  to Amend the Judgment, Defendants filed an appeal in the Court of Appeals for the

13  Ninth Circuit.  On April 13, 2010, after hearing arguments by counsel, the Ninth

14  Circuit Court of Appeal affirmed the jury's verdict and the judgment of the district

15  court and awarded Plaintiff its attorneys' fees and costs incurred on appeal, in an

16  amount to be determined by this Court on remand.

17      **NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND**

18  **DECREED** that, by reason of the jury's special verdict, by reason of further

19  findings of this Court, and by reason of the affirmation of the Ninth Circuit Court

20  of Appeals, judgment is hereby entered in favor of Plaintiff and against Defendants

21  on Plaintiff's First Claim for Trade Dress Infringement, Plaintiff's Second Claim

22  for Common Law Trade Dress Infringement, and on Plaintiff's Third Claim for

23  Copyright Infringement.  Actual damages arising from the infringement of

24  Plaintiff's specified products except for the "Wild Copters," a/k/a "Mini Prop

25  Shots Helicopter," toy (henceforth, "Wild Copters") are awarded in favor of

26  Plaintiff and against Defendants, jointly and severally, in the amount of $6,600.00

27  as found by the jury.

28  / / /

1      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

2  Defendants' profits attributable to the infringement are awarded in favor of

3  Plaintiff and against Defendants, severally, as follows:

4      Novelty, Inc. - $13,320.00

5      Novelty Wholesale, Inc. - $1,480.00

6      ExxonMobil Oil Corporation - $3,868.00

7      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, based

8  on findings by the jury and affirmation by the Ninth Circuit Court of Appeals,

9  Defendants Novelty, Inc., Novelty Wholesale, Inc., and Novelty Transportation,

10  Inc. (collectively, the "Novelty Defendants") willfully infringed Plaintiff's

11  copyrights and trade dress rights in its "Drop Copter" packaging, the "Drop

12  Copter" toy, the "High Flyer's" toy, the "Stunt Plane" toy and the "Wild Copters"

13  toy.

14      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, under

15  17 U.S.C. § 504(c), statutory damages are awarded in favor of Plaintiff and against

16  the Novelty Defendants, jointly and severally, as to the Wild Copters infringement

17  in the amount of $150,000.00, and as to defendant Exxon Mobil Oil Corporation in

18  the amount of $200.00, based on findings by the jury, affirmation of the Ninth

19  Circuit Court of Appeals, and pursuant to *Feltner v. Columbia Pictures Television,*

20  *Inc.,* 118 S.Ct. 1279 (1998).

21      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, by

22  reason of this Court's order dated February 8, 2007, and other findings of this

23  Court, judgment is hereby entered: 1) in favor of Defendants and against Plaintiff

24  on the Defendants' counterclaim for a declaration of non-infringement as to the

25  packaging of the "Stunt Plane," "High Flyers" and "Wild Copters" toys, and 2) in

26  favor of Plaintiff and against Defendants on the remaining portions of Defendants'

27  counterclaim.

28  */ / /*

1   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that,

2   pursuant to 17 U.S.C. § 505, attorneys' fees in the sum of $365,824.88 and non-

3   taxable costs in the sum of $26,199.88 are awarded in favor of Plaintiff and against

4   the Novelty Defendants, jointly and severally.

5   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

6   pursuant to order by the Court of Appeals for the Ninth Circuit that "Lanard shall

7   recover its reasonable attorneys' fees and costs incurred on appeal in an amount to

8   be determined by the District Court on remand," attorneys' fees in the sum of

9   $112,918.50 and costs in the sum of $1,300.00 are awarded in favor of Plaintiff

10  and against Defendants, jointly and severally.

11  **IT IS SO ORDERED, ADJUDGED AND DECREED.**

12

13

14

15  Dated: <u>July 16, 2010</u>

                                                *George H. Wu*

16                                  Honorable George H. Wu
                                United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
[PROPOSED] SECOND AMENDED JUDGMENT
Case No. CV 05-8406 GW (JWJx)